# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY CALHOUN, on behalf of herself, all others similarly situated, and the general public<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DIGITAL INTELLIGENCE SYSTEMS, LLC, a Virginia limited liability corporation; BANK OF AMERICA, N.A. and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | **CASE NO.: 14-cv-4100 AB (AGRx)**<br><br>**DISCOVERY MATTER**<br>**CLASS ACTION**<br><br>[Assigned for all purposes to the Hon. André Birotte Jr.]<br><br>**ORDER APPROVING ADDENDUM TO STIPULATED PROTECTIVE ORDER (DKT. #27)**<br><br>FAC Filed: March 9, 2015 |

The Court, having reviewed and considered the proposed Addendum to Stipulated Protective Order submitted by Plaintiff Judy Calhoun and Defendants Digital Intelligence Systems, LLC, Bank of America, N.A., Adecco USA, Inc., ("Adecco") and Pontoon Solutions, Inc. ("Pontoon"), (collectively referred to as "the Parties"), hereby ORDERS as follows:

/ / /

/ / /

1. WHEREAS, the Parties agree that to facilitate the exchange of confidential documents and information among all the Parties, Adecco and Pontoon should be fully bound as parties to the Stipulated Protective Order (Dkt. #27).

2. Whereas Adecco and Pontoon hereby agree to be bound by the terms of the Stipulated Protective Order, IT IS HEREBY ORDERED THAT the Stipulated Protective Order (Dkt. #27) is modified to add Adecco and Pontoon as signatory parties thereto.

IT IS SO ORDERED.

Dated: May 26, 2015

_____
Honorable Alicia G. Rosenberg
United States Magistrate Judge

4833-2761-0404, v. 1